**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff(s),<br>　v.<br>DANIEL RAMOS-GIL,<br>　　　　Defendant(s).<br>_____/ | NO. CR 06-00784 RMW<br><br>**ORDER SETTING HEARING ON MOTION TO CORRECT SENTENCE AND EXTENDING TIME FOR MOTION BASED ON UNAVAILABILITY OF SENTENCING JUDGE** |

　　　A motion was made to this Court to Correct Sentence. The motion was made to this Court sitting as General Duty Judge of the San Jose Division in the absence of Judge Whyte, the sentencing Judge. Good cause appearing, unless otherwise ordered by Judge Whyte, the parties are ordered to appear on **January 23, 2007 at 9:00 a.m. before Hon. Ronald M. Whyte** for a hearing on the Motion to Correct Sentence.

　　　Time for moving to correct the sentence is suspended due to the unavailability of the sentencing judge and extended to January 23, 2007. Defendant shall be regarded as having made a timely motion for correction of sentence.

　　　Nothing in this Order is intended to affect the issue on the merits as to whether an error was made or whether the sentence shall be corrected. These are matters left to Judge Whyte.

Dated: January 18, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES WARE, General Duty
　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

**Jay Rorty**
**Federal Public Defender's**
**160 W. Santa Clara Suite 575**
**San Jose, CA 95113**
**Email: jay_rorty@fd.org**

**Eric Dean Rosen**
**United States Attorney's Office**
**150 Almaden Boulevard Suite 900**
**San Jose, CA 95113**
**Email: eric.d.rosen@usdoj.gov**

**United States Marshal Service**
**San Jose Division**
**280 South First Street Rm 2100**
**San Jose CA 95113**

**Dated:  January 18, 2007**              **Richard W. Wieking, Clerk**

                                          **By:_____/s/_____**
                                          **Elizabeth Garcia**
                                          **Courtroom Deputy**

**United States District Court**
**For the Northern District of California**