IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/2/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00784 RMW |
| Plaintiff, | ) ) | ORDER STAYING TRANSPORTATION OF DEFENDANT |
| vs. | ) ) | |
| DANIEL RAMOS-GIL, | ) ) | |
| Defendant. | ) ) | |

TO: UNITED STATES MARSHALS SERVICE: GOOD CAUSE APPEARING THEREFOR IT IS HEREBY ORDERED that the Defendant in the above-entitled case, Daniel Ramos-Gil's transportation to the Federal Bureau of Prisons is stayed pending further Order of the Court.

SO ORDERED:

Dated: February 2, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
U.S. District Court Judge

ORDER STAYING TRANSPORTATION          1