KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

ERIC D. ROSEN (MDSB)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-2695
    FAX: (408)535-5066
    eric.d.rosen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/9/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00784-RMW |
| Plaintiff, | |
| | **[] ORDER CONTINUING MOTION HEARING DATE** |
| v. | |
| DANIEL RAMOS-GIL, | |
| Defendant. | |

    1.    On February 5, 2007, a stipulation for the continuance of the motion hearing date was filed before the Honorable Ronald M. Whyte, United States District Judge;

    2.    Counsel stipulated in support of this request that counsel for the Government will be unavailable on February 20, 2007, the date previously set for the hearing.

    Based upon the foregoing representations made by the parties by stipulated motion, and good cause appearing therefor,

    **IT IS HEREBY ORDERED** that the matter shall be removed from the Court's calendar on February 20, 2007 at 9:00 a.m. and set for hearing on February 26, 2007 at 9:00 a.m., or a

//

1  date thereafter at the convenience of the Court.

2  DATED:  3/9/07

3

4  *Ronald M. Whyte*
   RONALD M. WHYTE
   United States District Judge

5

6  Distribute to:

7  JAY RORTY
   Assistant Federal Public Defender
8  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113

9
   ERIC D. ROSEN
10 Assistant United States Attorney
   Attorney for Plaintiff
11 150 Almaden Blvd., Suite 900
   San Jose, CA 95113

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28