1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

4 | ERIC D. ROSEN (MDSB)
Assistant United States Attorney

5

6 |   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695

7 |   FAX: (408)535-5066
   eric.d.rosen@usdoj.gov

8

Attorneys for Plaintiff

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION          *E-FILED - 3/9/07*

12

13 | UNITED STATES OF AMERICA,        )   No. CR 06-00784-RMW
                                    )
14 |                 Plaintiff,       )
                                    )   [] **ORDER CONTINUING**
15 |          v.                      )   **MOTION HEARING DATE**
                                    )
16 |                                 )
    DANIEL RAMOS-GIL,               )
17 |                                 )
                 Defendant.          )
18 | _____ )

19

20    1.    On February 22, 2007, a stipulation for the continuance of the motion hearing

21 | date was filed before the Honorable Ronald M. Whyte, United States District Judge;

22    2.    Counsel stipulated in support of this request that the parties joint effort to

23 | ascertain the validity of one of Mr. Ramos-Gil's prior convictions is ongoing.

      Based upon the foregoing representation made by the parties by stipulated motion, and

24 | good cause appearing therefor,

25

      **IT IS HEREBY ORDERED** that the matter shall be removed from the Court's calendar

26 | on February 26, 2007 at 9:00 a.m. and set for hearing on March 12, 2007 at 9:00 a.m., or a

27 | //

28

1 date thereafter at the convenience of the Court.

2 DATED:   3/9/07

3
4 *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

5

6 Distribute to:

7 JAY RORTY
Assistant Federal Public Defender
8 160 West Santa Clara Street, Suite 575
San Jose, CA 95113

9
ERIC D. ROSEN
10 Assistant United States Attorney
Attorney for Plaintiff
11 150 Almaden Blvd., Suite 900
San Jose, CA 95113