SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

ERIC D. ROSEN (MDSB)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-2695
    FAX: (408)535-5066
    eric.d.rosen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 3/9/07*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             Plaintiff,  )<br>                    )<br>                    )<br>    v.                 )<br>                    )<br>DANIEL RAMOS-GIL,  )<br>             Defendant.  ) | No. CR 06-00784-RMW<br><br>**[] ORDER CONTINUING<br>MOTION HEARING DATE** |

    1.    On March 8, 2007, a stipulation for the continuance of the motion hearing date was filed before the Honorable Ronald M. Whyte, United States District Judge;

    2.    Counsel stipulated in support of this request that the parties joint effort to ascertain the validity of one of Mr. Ramos-Gil's prior convictions is ongoing.

    Based upon the foregoing representation made by the parties by stipulated motion, and good cause appearing therefor,

    **IT IS HEREBY ORDERED** that the matter shall be removed from the Court's calendar on March 12, 2007 at 9:00 a.m. and set for hearing on March 26, 2007 at 9:00 a.m., or a

//

date thereafter at the convenience of the Court.

DATED: 3/9/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Distribute to:

JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

ERIC D. ROSEN
Assistant United States Attorney
Attorney for Plaintiff
150 Almaden Blvd., Suite 900
San Jose, CA 95113